# In the United States Court of Federal Claims

No. 05-262L
(Filed: February 22, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
FIREBAUGH CANAL WATER
DISTRICT, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

The transcript of proceedings filed on January 26, 2006, is deemed corrected to include the attached changes. The clerk of court is directed to attach a copy of this order to the official transcript.

It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

# OUTLINE OF ERRORS IN TRANSCRIPT

January 11,2006 Hearing

***Firebaugh Canal Water District, et a!. v. United States***

Case No. 05-262L

| Page:Line | Currently Reads | Correct to Read |
|---|---|---|
| 3:17 | O'Banon | O'Banion |
| 3:24 | two called | two, called |
| 4:9 | Guisley | Geigle |
| 5:7 | San Luis unit | San Luis Unit |
| 5:8 | canal systems, | canal systems, and |
| 5:10 | exchange contractors | Exchange Contractors |
| 5:14 | Luchs(ph) | Lux |
| 5:15 | Lucs | Lux |
| 5:16 | Luchs | Lux |
| 5:19 | Luchs (ph) | Lux |
| 5:24 | Luchs (ph) | Lux |
| 6:9 | Madeira | Madera |
| 6:11 | current county | Kern County |
| 6:25 | rights on the California | rights according to California |
| 7:16 | Exchange Contract is Firebaugh and CCID is under | Exchange Contractors Firebaugh and CCID is, under |
| 8:10 | this purchase | and the purchase |
| 8:20 | In other words, the government | In other words, if the government |
| 8:20 | either failed, | ever failed,. |
| 8:21 | substitute water. | substitute water, |
| 8:22 | Then they | then they |
| 13:20 | the delta or the canal. | the Delta-Mendota Canal. |
| 20:20 | collective system | collector system |

| Page:Line | Currently Reads | Correct to Read |
|---|---|---|
| 21:1 | drainage collective | drainage collector |
| 21:24 | Westlands was | Westlands which |
| 21:25 | that the drainage collective system | had the drainage collector system |
| 24:24 | the inspection of | the addition of |
| 27:11 | problem of such | problem in such |
| 30:17 | drain, so I | drain, as I |
| 30:25 | land water | land and water |
| 32:5 | sumps and my | sumps in my |
| 3 5:20 | agricultural turn flow | agricultural return flow |
| 36:12 | by pond | by ponding |
| 45:6 | thing that did | thing that we did |
| ***45:9*** | we're indispensbale parties. | were indispensable parties. |
| ***55:25*** | claim is right? | claim is ripe? |
| 56:2 | become right? | become ripe? |
| 56:4 | claims became right | claims became ripe |
| 63:24 | right. | ripe. |
| 67:2 | now, don't.have | now, doesn't have |
| 67:25 | basically to in-valley | basically the in-valley |
| 70:10 | side and say, | side and says, |
| 82:20 | It's not right. | Its' not ripe. |
| 82:2 1 | claim is right | claim is ripe |